**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RYAN JAMAL SPENCER, | NO. CV 14-9868-CJC (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| E. VALENZUELA, Warden, | |
| Respondent. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 7, 2015.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE